# DAVID L. YLITALO

Attorney at Law
319 Maverick Street
San Antonio, Texas 78212
d.ylitalo@ylitalolaw.com

August 31, 2015



The Honorable Sandee Bryan Marion Chief Justice
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:   Cause. No. 04-14-00807-CV; *Brad and Randi Aery, and the House Intervenors Lloyd House, Robert Eugene House, Magdalen House, Judith Ann House, Wayne House, Jimmy R. House, Edna Pawelek Ulbrich, Peter Pawelek; Jesse Pawelek, Ruby Pawelek Schumacher, Elizabeth Pawalek Reigh, Roy Mitch v. Hoskins, Inc., el al,* In the Fourth Court of Appeals

The Honorable Sandee Bryan Marion:

This is to inform the court that David L. Ylitalo, attorney of record for Appellee Leonard K. Hoskins, in the above-matter, has changed his firm and address. Effective August 31, 2015, all correspondence, pleadings, motions, and other instruments should be directed to:

David Y. Ylitalo
319 Maverick Street
San Antonio, Texas 78212
Texas Bar No. 22155500
Email: d.ylitalo@ylitalolaw.com
Telephone: 210-224-1819
Facsimile: 210-224-0141

Thank you, and if you have any questions, please contact me.

Sincerely,

David L. Ylitalo

DLY:sc

4814-3472-6695.v1

cc:
Dan Pozza                                                    danpozza@yahoo.com
KUSTOFF & PHIPPS, LLP
4103 Parkdale Street
San Antonio, Texas 78229
*Attorneys for Brad Aery and Randi Aery*

Ellen Mitchell                                               emitchell@dykema.com
C. David Kinder                                             dkinder@dykema.com
DYKEMA COX SMITH
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
*Attorneys for C. Clifton Hoskins. and Hoskins, Inc.*

Rosemarie Kanusky          Rosemarie.Kanusky@nortonrosefulbright.com
John W. Weber, Jr.              John.Weber@nortonrosefulbright.com
Jeffrey A. Webb                 Jeff.Webb@nortonrosefulbright.com
NORTON ROSE FULBRIGHT
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
*Attorneys for the House Family*

Melanie Hessler Phipps                                      mphipps@kplegal.com
KUSTOFF & PHIPPS, LLP
4103 Parkdale Street
San Antonio, Texas 78229
*Attorneys for Brad Aery and Randi Aery*

Mark K. Whyte                                               whyte@bmpllp.vom
BEARNE, MAYNARD & PARSONS, L.L.P.
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
*Attorneys for Brad Aery and Randi Aery*

John George, Jr.                                            jgeorgejr@bmpllp.com
Matthew F. Wymer                                           jmann@jw.com
BEIRNE, MAYNARD & PARSONS, LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
*Attorneys for Aery Family*

4814-3472-6695.v1

Peter E. Hosey
Julia W. Mann
JACKSON WALKER, LLP
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
*Attorneys for Lee Ann Kulka,*
*Lee Roy Hoskins, III, and Andrea Jurica*

phosey@jw.com
jmann@jw.com

Conner R. Jackson
R. Clay Hoblit
HOBLIT FERGUSON DARLING, LLP
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78401
*Attorneys for Aurora Resources Corporation*

cjackson@hfcllaw.com
choblit@hidlaw.com

Jason A. Newman
BAKER BOTTS
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
*Attorneys for TEXOZ E&P I, Inc.*

Jasomnewman@bakerbotts.com

Ezra A. Johnson
UBL, FITZSIMONS, JEWETT & BURTON, PLIC
4040 Broadway, Suite 430
San Antonio, Texas 78209
*Attorneys for Blake C Hoskins*

ejohnson@ufjblaw.com

David W. Navarro
Brendan C. Holm
HORNBERGER   SHEEHAN   FULLER   REITER
WITTENBERG & GARZA INCORPORATED
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, TX 78209
*Attorneys for Brent C Hoskins*

dnavarro@hsiblaw.com
bholm@hsiblaw.com

4814-3472-6695.v1

Bruce D. Oakley                        Bruce.oakley@,hoganlovells.com
Robert L. Pillow                       Robert.pillow@hoganlovells.com
HoGAN LovELLs US LLP
700 Louisiana Street, Suite 4300
Houston, Texas 77002
*Attorneys for Armadillo E&P, Inc.,*
*SEA Eagle Ford, LLC, and*
*Sundance Energy, Inc.*

Michael C. Sartori                     Michael@msarton.com
LAW OFFICE OF MICHAEL C. SARTORI
P.O. Box 1222
502A Houston Street
George West, Texas 78022
*Attorneys for Hoskins, Inc., C Clifton Hoskins,*
*Trudy Day, and Hazel Q. Hoskins*

Benjamin F. Youngblood, III            bfy@prodigy.net
BENJAMIN F. YOUNGBLOOD III, PLLC
8207 Callaghan Road, Suite 100
San Antonio, Texas 78230
*Attorneys for Jane W. Hoskins*